United States Court of Appeals
for the Federal Circuit
Washington, D.C. 20439

Chambers of
William C. Bryson
Circuit Judge

July 12, 2004

The Honorable Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle NE
Washington DC  20544

                              Re:   Calendar Year 2003 Filing

Dear Judge Lisi:

     The dates of travel for the seminar reimbursed by Yale
University are February 23-25, 2003.

                              Sincerely,

                              William C. Bryson
                              United States Circuit Judge

WCB:swb

RECEIVED 2004 JUL 14 A 8:0
FINANCIAL DISCLOSURE OFFICE

| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) BRYSON, William C | 2. Court or Organization US Ct.Appeals Federal Circuit | 3. Date of Report 4/23/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge-Active | 5. ReportType (check appropriate type) ⚪ Nomination, Date ⚪ Initial ⦿ Annual ⚪ Final | 6. Reporting Period 1/1/03 to 12/31/03 |

| 7. Chambers or Office Address 717 Madison Place NW Washington DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. | |

RECEIVED APR 29 9 29 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Law partnership income - Bredhoff & Kaiser |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Yale University | February 2003/educational seminar |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/23/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Treasury Dept Credit Union | A | Interest | | | CLOSED | 5/23 | | | |
| 2. Equitable Life Assurance Co., IRA Diversified Fund NY,NY | A | Dividend | M | T | | | | | |
| 3. Riggs Bank | A | Interest | J | T | OPENED | 5/23 | | | |
| 4. Citicorp Savings, Washington, DC | B | Interest | M | T | | | | | |
| 5. CMA Money Fund | A | Interest | J | T | | | | | |
| 6. Socorro TX Indpt Sch Dt | | None | K | T | | | | | |
| 7. Baltimore MD Prin M-Raes | | None | K | T | | | | | |
| 8. Michigan Municipal Bond Authority | | None | K | T | | | | | |
| 9. Maricopa Co AZ Sch Dt 28 | | None | K | T | | | | | |
| 10. Metro Pier-Exp at IL DED St Tax Rev A 6.55% FGIC | | None | K | T | | | | | |
| 11. AIM Constellation Fund | A | Dividend | | | SOLD | 3/27 | J | | |
| 12. Montgomery Co. MD Cons | | None | M | T | | | | | |
| 13. Chicago IL Brd Ed Lease CTF-A 6.5%CI MBIA | | None | K | T | | | | | |
| 14. Loomis Sayles Funds | B | Dividend | K | T | | | | | |
| 15. Maryland St Transn Auth Transn FACS 6.33%CI FGIC | | None | L | T | | | | | |
| 16. Harris Cnty TX Toll Rd RV SB Lien A6.25%CI MBIA | | None | K | T | | | | | |
| 17. Penn Hills PA Ser B 5.4%CI Jan94 00.000%Dec01 98 | | None | K | T | | | | | |
| 18. Washington St Pps Sys NP Jun90 00.000%Jul01 07 | | None | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) — A =$1,000 or less, B =$1,001-$2,500, C =$2,501-$5,000, D =$5,001-$15,000, E =$15,001-$50,000, F =$50,001-$100,000, G =$100,001-$1,000,000, H1 =$1,000,001-$5,000,000, H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less, K =$15,001-$50,000, L =$50,001-$100,000, M =$100,001-$250,000, N =$250,000-$500,000, O =$500,001-$1,000,000, P1 =$1,000,001-$5,000,000, P2 =$5,000,001-$25,000,000, P3 =$25,000,001-$50,000,000, P4 =More than $50,000,000

3. Value Method Codes: (See Column C2) — Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash/Market, U =Book Value, V =Other, W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/23/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. AIM Global Aggressive Fund Class A | A | Dividend | M | T | | | | | |
| 20. AIM Aggressive Growth | A | Dividend | L | T | | | | | |
| 21. Davis New York Venture Fund | A | Dividend | L | T | | | | | |
| 22. Sun Trust Bank | A | Interest | J | T | | | | | |
| 23. Erie PA Sch Dist MBIA 05/01/2011 | | None | J | T | | | | | |
| 24. Fidelity Spartan Fund | C | Dividend | L | T | | | | | |
| 25. Will Cnty IL Cmnty Unit Sch Dist No 201 | | None | L | T | | | | | |
| 26. AIM Capital Development | A | Dividend | K | T | | | | | |
| 27. Alliance Premiere Growth | A | Dividend | | | SOLD | 3/27 | J | | |
| 28. Mass Investors | A | Dividend | L | T | | | | | |
| 29. CMA Money Fund | A | Interest | J | T | | | | | |
| 30. Wachovia Bank[formerly First Union Bank] | A | Interest | K | T | | | | | |
| 31. AIG/American Intl Group, Inc. | A | Dividend | J | T | PARTIAL SALE | 3/27 | L | D | |
| 32. Toys R Us | | None | | | SOLD | 3/27 | J | | |
| 33. Ventas | A | Dividend | J | T | | | | | |
| 34. Govt Trust Certificate, Israel Class 3-C | | None | K | T | | | | | |
| 35. AIM Constellation Fund | A | Dividend | | T | | | | | |
| 36. Davis New York Venture Fund | E | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/23/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. AIM High Yield | A | Dividend | K | T | | | | | |
| 38. Eqty Rsntl Pptys | B | Dividend | | | SOLD | 3/27 | K | D | |
| 39. AIM Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 40. US Treasury Strips Nov 15 2013 | | None | K | T | | | | | |
| 41. AIM Capital | D | Dividend | M | T | | | | | |
| 42. AIM Global Aggressive | A | Dividend | J | T | | | | | |
| 43. Alliance Premier Growth | A | Dividend | | | SOLD | 3/27 | L | D | |
| 44. Boston Properties | A | Dividend | | | SOLD | 3/27 | K | B | |
| 45. Coca Cola | A | Dividend | | | SOLD | 5/28 | J | | |
| 46. Walt Disney | A | Dividend | | | SOLD | 5/28 | J | | |
| 47. Hershey Foods | A | Dividend | | | SOLD | 5/28 | J | | |
| 48. MFS Cap Opp Fd | A | Dividend | | | SOLD | 3/27 | L | D | |
| 49. Duke Weeks Rlty Corp | A | Dividend | K | T | | | | | |
| 50. National Rural Utilities | | None | K | T | | | | | |
| 51. Cousins Props | A | Dividend | K | T | | | | | |
| 52. Massachusetts Investors | A | Dividend | L | T | | | | | |
| 53. Delaware Select Growth | A | Dividend | | | SOLD | 3/27 | K | A | |
| 54. Health Care PPTYS Inv | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/23/04 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes these of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Kindred Health Care | A | Dividend | J | T | PARTIAL SALE | 3/27 | J | | |
| 56. Allied Capital | A | Dividend | K | T | | | | | |
| 57. Alexandria REIT | B | Dividend | K | T | BOUGHT | 03/27 | | | |
| 58. Developes Dvsfd | B | Dividend | J | T | BOUGHT | 3/27 | | | |
| 59. American AmCap | A | Dividend | M | T | BOUGHT | 3/27 | | | |
| 60. American Growth Fund | A | Dividend | M | T | BOUGHT | 3/27 | | | |
| 61. Lord Abbett | B | Dividend | L | T | BOUGHT | 3/27 | | | |
| 62. MFS Value Fund | A | Dividend | M | T | BOUGHT | 3/27 | | | |
| 63. AllianceBernstein | A | Dividend | L | T | BOUGHT | 3/24 | | | |
| 64. AllianceBerstein | A | Dividend | | | SOLD | 3/27 | L | | |
| 65. Virginia Comwlth Transn | | None | L | T | BOUGHT | 3/28 | | | |
| 66. Windsor CA Uni Sch Dist | | None | K | T | BOUGHT | 3/28 | | | |
| 67. AIM Capital Development | A | Dividend | L | T | BOUGHT | 03/27 | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BRYSON, William C | 4/23/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _April 23, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544